

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 200TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On December 19, 2024, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

Employees Retirement System of Texas v. Robin Staples, NO. 15-24-00004-CV (Tr. Ct. No. No. D-1-GN-20-004062).

The Court of Appeals entered the following judgement or order:

We have considered Appellant's Motion to Dismiss Appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Scott Brister, Chief Justice of our Fifteenth Court of Appeals, with the Seal thereof affixed, at the City of Austin, Texas, December 19, 2024.

**CHRISTOPHER A. PRINE, CLERK**

